No. 96–5397.  HUTCHINSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–5399.  FLOYD v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 96–5401.  DeCASTRO v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 96–5402.  FARRIS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied. `

No. 96–5403.  DOUGLAS v. UNITED STATES;
No. 96–5495.  DOUGLAS v. UNITED STATES; and
No. 96–5501.  KING v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 82 F. 3d 1315.

No. 96–5404.  DANIELS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–5405.  GRAHAM v. FURLONG, SUPERINTENDENT, LIMON CORRECTIONAL FACILITY, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–5406.  HENSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 96–5407.  BROWN v. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.  C. A. 2d Cir.  Certiorari denied.

No. 96–5409.  BROADNAX v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–5410.  RICHARDS v. GENERAL SERVICES ADMINISTRATION.  C. A. 7th Cir.  Certiorari denied.

No. 96–5411.  FELTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–5412.  HUPP v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.